Albert F. Johnson, Appellant, v. Charles M. Thompson, Trustee, and Oscar B. Anderson, Appellees.

Gen. No. 9,854.

opinion filed April 28, 1943. Raphael E. Yalden, for appellant; Hyer & Gill and Nelson J. Wilcox, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."

Ace Engineering Company, Appellee, v. Pioneer Brewing Company, Appellant.

Gen. No. 42,321.

opinion filed May 5, 1943. Adam S. Przybyszewski, for appellant; Edward McTiernan, of counsel; Moss, Ellman & Inlander, for appellee; Walter E. Moss, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."